1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN S. MILLER, | Civil No. CV-06-05445-FDB-KLS |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| LINDA S. McMAHON, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including February 23, 2007, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including March 9, 2007, to file Plaintiff's Reply Brief.

Page 1        ORDER - [CV06-05445-FDB-KLS]

DATED this 26th day of January, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2113
Fax:       206-615-2531
daphne.banay@ssa.gov

Page 2         ORDER - [CV06-05445-FDB-KLS]