# United States District Court

### WESTERN DISTRICT OF WASHINGTON

JOHN MILLER

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5445FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for an award of costs and attorney's fees [Dkt. #24] is **GRANTED**.  Costs and expenses in the amount of $103.05 and attorney's fees in the amount of $3,133.89 are awarded to Plaintiff's counsel.

____April 17, 2007____
Date

____BRUCE RIFKIN____
Clerk

 _s/Caroline M. Gonzalez_
Deputy Clerk