UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN S. MILLER,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

Case No. C06-5445 FDB

ORDER AWARDING 42 U.S.C. § 406(b) ATTORNEY FEES

    This matter comes before the Court on Plaintiff's motion for authorization of attorney fees under 42 U.S.C. § 406(b). Counsel for Plaintiff seeks a fee award of $23,290.00. The Commissioner has filed a response to Plaintiff's motion without objection to the fee request.

    Attorney's fees may be awarded to a successful social security claimant's lawyer for his or her representation before a court pursuant 42 U.S.C. §§ 406(b); Straw v. Bowen, 866 F.2d 1167 (9th Cir. 1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); Stenswick v. Bowen, 815 F.2d 519 (9th Cir. 1987). Previously, this Court awarded Plaintiff's counsel $3,133.89 pursuant to the Equal Access to Justice Act (EAJA). Plaintiff's counsel now petitions for a gross fee of $23,290.00.

ORDER - 1

Under 42 U.S.C. § 406(b)(1)(A) the court can only award fees up to the 25 percent withheld from the past-due benefits. This 25% limit applies to the total of EAJA and 406(b) fees combined. See, Morris v. Social Sec. Admin., 689 F.2d 495, 497-98 (4th Cir. 1982); Webb v. Richardson, 472 F.2d 529, 536 (6th Cir. 1972); Dawson v. Finch, 425 F.2d 1192, 1195 (5th Cir. 1970).

Plaintiff was awarded $114.36000 in past due benefits. The federal court retainer agreement provided for a fee of 25% of past due benefits; which equals $23,290.00. The Court concludes that the attorney's fees sought counsel are reasonable within the meaning of § 406(b)

ACCORDINGLY,

IT IS ORDERED:

Plaintiff's Motion for an Award of Attorney's Fees [Dkt #29] is **GRANTED**. Plaintiff's counsel is awarded 42 U.S.C. § 406(b) attorney fees in the sum of **$23,290.00**, minus any applicable processing fees as allowed by statute. Upon receipt, Plaintiff's counsel shall immediately reimburse Plaintiff the amount of $3,133.89.00 previously received pursuant to EAJA.

DATED this 12th day of August, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2