# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN S. MILLER

       v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5445FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for an Award of Attorney's Fees [Dkt. #29] is **GRANTED**. Plaintiff's counsel is awarded 42 U.S.C. § 406(b) attorney fees in the sum of $23,290.00, minus any applicable processing fees as allowed by statute. Upon receipt, Plaintiff's counsel shall immediately reimburse Plaintiff the amount of $3,133.89 previously received pursuant to EAJA.

  August 14, 2008                                               BRUCE RIFKIN
Date                                                                               Clerk

                                                                                       *s/Caroline M. Gonzalez*
                                                                                       Deputy Clerk